# United States Court of Appeals

## FOR THE EIGHTH CIRCUIT

_____

No. 00-3491

_____

| | | |
|---|---|---|
| Charles Whitfield, | * | |
| | * | |
| | * | |
| Appellant, | * | |
| | * | |
| v. | * | Appeal from the United States |
| | * | District Court for the |
| Little Rock Police Department; | * | Eastern District of Arkansas. |
| Detective John White; Detective Ted | * | |
| Adkins; Officer Kenny Paul Baer; | * | **[UNPUBLISHED]** |
| Officer Mickey Holloway; Officer | * | |
| Tracey Rothermal, | * | |
| | * | |
| Appellees, | * | |

_____

Submitted: April 30, 2001
Filed: May 4, 2001

_____

Before BOWMAN, BEAM, and LOKEN, Circuit Judges.

_____

PER CURIAM.

Arkansas inmate Charles Whitfield appeals from the district court's[1] dismissal of his 42 U.S.C. § 1983 complaint. Having carefully reviewed the record and the

_____

[1]The Honorable George Howard, Jr., United States District Judge for the Eastern District of Arkansas, adopting the report and recommendations of the Honorable Henry L. Jones, Jr., United States Magistrate Judge for the Eastern District of Arkansas.

parties' briefs, we agree with the district court that, for the reasons the court explained, the complaint failed to state a claim.  See McMorrow v. Little, 109 F.3d 432, 434 (8th Cir. 1997) (de novo review).  Accordingly, we affirm.  See 8th Cir. R. 47B.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.

-2-